

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-12-00190-CV

| | | |
|---|---|---|
| Phil Ferrant | § | From County Court at Law No. 1 |
| | § | of Tarrant County (2011-002076-1) |
| v. | § | May 8, 2014 |
| Graham Associates, Inc. | § | Opinion by Justice Gardner |

## JUDGMENT ON REHEARING

After reviewing Appellant Phil Ferrant's motion for rehearing, we withdraw our September 26, 2013 opinion and October 8, 2013 corrected judgment and substitute the following.

This court has again considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellee Graham Associates, Inc. shall have and recover of and from Appellant Phil Ferrant and his surety Western Surety Company from his supersedeas bond, the amount adjudged below together with all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

/s/ Anne Gardner

By _____

Justice Anne Gardner